**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

No. 98-20101
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee

VERSUS

AUGUSTIN RIVERA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Texas
(H-95-CR-314-15)

_____

February 11, 1999

Before GARWOOD, DAVIS and DeMOSS, Circuit Judges.

PER CURIAM:[*]

After reviewing the record, the briefs of the parties and argument of counsel, we conclude that the district court did not commit reversible error.

Appellant's sentence, which the government has not appealed, is, and was imposed on a basis, entirely consistent with the district court's Rule 11 advice, and the understatement therein of the minimum sentence, as well as the other complained of matter, was not prejudicial.

AFFIRMED.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.